**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Jose ALVARADO–DELGADO,
Defendant–Appellant.**

**No. 94–50594.**

United States Court of Appeals,
Ninth Circuit.

Aug. 9, 1996.

Before: HUG, Chief Judge.

### *ORDER*

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be withdrawn from the

* The Honorable Donald P. Lay, Senior Circuit Judge, United States Court of Appeals for the

merits panel and heard by the en banc court pursuant to Circuit Rule 35–3.

■

**Fletcher CASEY, Jr., et al., on behalf of
themselves and all others similarly
situated, Plaintiffs–Appellees,**

v.

**Samuel A. LEWIS, Director, Arizona
Department of Corrections, et al.,
Defendants–Appellants.**

**No. 93–17169.**

United States Court of Appeals,
Ninth Circuit.

Aug. 14, 1996..

Before: LAY,* PREGERSON, and O'SCANNLAIN, Circuit Judges.

The United States Supreme Court has reversed the decision of this court, reported at 43 F.3d 1261 (9th Cir.1994). We therefore vacate the district court's order and remand this case for further proceedings consistent with the Supreme Court's opinion.